**People of the State of Illinois, Plaintiff-Appellee, v. Charles Jordan, Defendant-Appellant.**

**Gen. No. 53,957. (Abstract of Decision.)**

First District, First Division.

December 8, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE ADESKO. **Not to be published in full.**